HONORABLE RICARDO MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ARMEN BEEMAN, a single individual,

    Plaintiff,

v.

CITY OF SEDRO WOOLLEY,

    Defendant.

NO. 2:19-cv-00924-RSM

ORDER GRANTING STIPULATED MOTION TO EXTEND DISCOVERY DEADLINE AND TO CONTINUE TRIAL

THIS MATTER having come regularly before this Court on the parties' stipulated motion to extend discovery deadline and to continue trial, and for good cause appearing, IT IS HEREBY ORDERED that the parties are granted leave to conduct discovery up to and including June 5, 2020, and that the trial shall be continued until March 1, 2021. An amended scheduling order shall issue for all remaining case schedule deadlines that have not already passed or expired.

DATED this 30 day of March 2020.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

**CHRISTIE LAW GROUP, PLLC**
2100 WESTLAKE AVENUE N., SUITE 206
SEATTLE, WA 98109
206-957-9669

Presented by:

CHRISTIE LAW GROUP, PLLC


By  /s/ *Thomas P. Miller*
   THOMAS P. MILLER, WSBA #34473
   Attorneys for Defendant
   2100 Westlake Avenue N., Suite 206
   Seattle, WA  98109
   Telephone:  (206) 957-9669
   Email:  tom@christielawgroup.com

LAW OFFICE OF RODNEY R. MOODY


By  /s/*Rodney R. Moody*
   RODNEY R. MOODY, WSBA #17416
   Attorney for Plaintiff
   2707 Colby Ave., Ste. 603
   Everett, WA  98201
   moody@rodneymoodylaw.com

ORDER GRANTING STIPULATED MOTION
TO EXTEND DISCOVERY DEADLINE AND
TO CONTINUE TRIAL
(2:19-cv-00924-RSM) - 2

**CHRISTIE LAW GROUP, PLLC**
2100 WESTLAKE AVENUE N., SUITE 206
SEATTLE, WA 98109
206-957-9669