# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| ARMEN BEEMAN, a single individual,<br><br>　　　　　　　　　　　Plaintiff,<br><br>Vs.<br><br>CITY OF SEDRO WOOLLEY,<br><br>　　　　　　　　　　　Defendants. | No. 2:19-cv-924 RSM<br><br>STIPULATED MOTION AND ORDER TO CONTINUE DISCOVERY CUTOFF DATE |

The parties, Plaintiff Armen Beeman, and Defendant City of Sedro Woolley by and through their respective counsel, respectfully and jointly request that the discovery cutoff date of June 5, 2020 be continued until July 15, 2020. All other dates are to remain as scheduled pursuant to the Order Setting Trial Date and Related Dates entered March 30, 2020. This continuance is requested to permit all parties to complete depositions which have been noted but continued due to current circumstances.

The parties have been diligent in the conduct of discovery prior to to current circumstances and continue to make best efforts to do so. Interrogatories by both parties have been propounded and answered. Four depositions remain to be conducted.

Pursuant to FRCP 11, Plaintiff's and Defendant's counsel attest of these facts, respectfully, by the signatures below.

Accordingly, by this Joint Motion, the parties request that the above listed discovery cutoff date be continued as indicated to July 15, 2020.

STIPULATED MOTION AND ORDER TO CONTINUE DISCOVERY CUTOFF DATE
Page 1 of 2

*Law Office of*
**RODNEY R. MOODY**
2707 Colby Ave., Ste. 603
Everett, WA 98201
WSBA #17416
(425) 740-2940   Fax (425) 740-2941

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

DATED this 1st day of June, 2020.

/s/ Thomas P. Miller
Thomas P Miller, WSBA #34473
Attorneys for Defendant
2100 Westlake Avenue North., Ste. 206
Seattle, WA 98109
206–957–9669
tom@christielog.com

/s/ Rodney R. Moody
Rodney R Moody, WSBA #17416
Attorney for Plaintiff
2707 Colby Avenue, Ste. 603
Everett, WA 98201
425–740–2940
rmoody@rodneymoodylaw.com

## **ORDER**

PURSUANT TO THE STIPULATION ABOVE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the parties request for a continuance of the discovery cut-off date to July 15, 2020 is GRANTED.

DATED this 8th day of June, 2020.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

STIPULATED MOTION AND ORDER TO CONTINUE DISCOVERY CUTOFF DATE
Page 2 of 2

*Law Office of*
**RODNEY R. MOODY**
2707 Colby Ave., Ste. 603
Everett, WA 98201
WSBA #17416
(425) 740-2940   Fax (425) 740-2941