HONORABLE RICARDO MARTINEZ

### IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| ARMEN BEEMAN, a single individual, | No. 2:19-cv-924 RSM |
| Plaintiff, | STIPULATED MOTION AND ORDER TO CONTINUE DISCOVERY CUTOFF DATE |
| Vs. | |
| CITY OF SEDRO WOOLLEY, | |
| Defendants. | |

The parties, Plaintiff Armen Beeman, and Defendant City of Sedro Woolley by and through their respective counsel, respectfully and jointly request that the discovery cutoff date of June 5, 2020 be continued until August 15, 2020.  All other dates are to remain as scheduled pursuant to the Order Setting Trial Date and Related Dates entered March 30, 2020.  This continuance is requested to permit all parties to complete depositions which have been noted but continued due to current circumstances.

The parties have been diligent in the conduct of discovery prior to two current circumstances and continue to make best efforts to do so.  Interrogatories by both parties have been propounded and answered.  Four depositions remain to be conducted.

Pursuant to FRCP 11, Plaintiff's and Defendant's counsel attest of these facts, respectfully, by the signatures below.

*Law Office of*
**RODNEY R. MOODY**
2707 Colby Ave., Ste. 603
Everett, WA 98201
WSBA #17416
(425) 740-2940   Fax (425) 740-2941

1   Accordingly, by this Joint Motion, the parties request that the above listed discovery cutoff date be

2   continued as indicated to August 15, 2020.

3   IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

4   DATED this _15ᵗʰ_ day of July, 2020.

5

6

7   /s/ Thomas P. Miller          /s/ Rodney R. Moody
    Thomas P Miller, WSBA #34473   Rodney R Moody, WSBA #17416
8   Attorneys for Defendant        Attorney for Plaintiff
    2100 Westlake Avenue North., Ste. 206   2707 Colby Avenue, Ste. 603
9   Seattle, WA 98109              Everett, WA 98201
    206–957–9669                   425–740–2940
10  tom@christielog.com            rmoody@rodneymoodylaw.com

11

12

13                          **ORDER**

14   PURSUANT TO THE STIPULATION ABOVE, IT IS HEREBY ORDERED, ADJUDGED AND

15   DECREED that the parties request for a continuance of the discovery cut-off date to August 15, 2020 is

16   GRANTED.

17   DATED this 16ᵗʰ day of July, 2020.

18

19

20

22

23   RICARDO S. MARTINEZ
     CHIEF UNITED STATES DISTRICT JUDGE
24

25

26

27

STIPULATED MOTION AND ORDER TO CONTINUE
DISCOVERY CUTOFF DATE
Page 2 of 3

*Law Office of*
**RODNEY R. MOODY**
2707 Colby Ave., Ste. 603
Everett, WA 98201
WSBA #17416
(425) 740-2940   Fax (425) 740-2941

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

22

23

24

25

26

27

STIPULATED MOTION AND ORDER TO CONTINUE
DISCOVERY CUTOFF DATE
Page 3 of 3

*Law Office of*
**RODNEY R. MOODY**
2707 Colby Ave., Ste. 603
Everett, WA 98201
WSBA #17416
(425) 740-2940   Fax (425) 740-2941