HONORABLE RICARDO MARTINEZ

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

ARMEN BEEMAN, a single individual,

                Plaintiff,

Vs.

CITY OF SEDRO WOOLLEY,

                Defendants.

No. 2:19-cv-924 RSM

STIPULATED MOTION AND ORDER TO FILE AMENDED ANSWER

NOTE ON MOTION CALENDAR:
August 12, 2020

The parties, plaintiff Armen Beeman, and defendant City of Sedro Woolley, by and through their respective counsel, respectfully and jointly submit the following stipulation and request that the Court grant the defendant leave to file a First Amended Answer, pursuant to Fed. R. Civ. P. 15(a):

1. Defendant filed its answer on September 3, 2019; and

2. During discovery, the parties met and discussed the proposed amendments contained in the Proposed First Amended Answer.

NOW THEREFORE, the parties hereby stipulate and request that the Court grant defendant leave to file a First Amended Answer in this action, a true and correct copy of which is attached hereto as Exhibit A.

/ /

/ /

1   IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

2   DATED this  12th  day of August, 2020.

3

4

Presented by:

5

6
/s/ *Thomas P. Miller*  
THOMAS P. MILLER, WSBA #34473  
Attorneys for Defendant  
2100 Westlake Avenue North., Ste. 206  
Seattle, WA 98109  
206–957–9669  
tom@christielawgroup.com

/s/ *Rodney R. Moody*  
RODNEY R. MOODY, WSBA #17416  
Attorney for Plaintiff  
2707 Colby Avenue, Ste. 603  
Everett, WA 98201  
425–740–2940  
rmoody@rodneymoodylaw.com

7

8

9

10

11

12

13

14

15

16

17

18

19

20

22

23

24

25

26

27

## ORDER

FOR GOOD CAUSE SHOWN, and pursuant to the parties' stipulated motion to file amended answer, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the defendant is granted leave to file its First Amended Answer.

DATED this 13th day of August, 2020.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE